UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD C. HARDING**, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1627 (EGS) |
| v. | ) |
| **JOSEPH T. KELLIHER, CHAIRMAN, FEDERAL ENERGY REGULATORY COMMISSION** | ) |
| Defendant. | ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please <u>enter</u> the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal defendant in the above-captioned case and <u>withdraw</u> the appearance of Assistant United States Attorney Peter D. Blumberg.

Respectfully submitted,

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139
Michelle.Johnson@usdoj.gov

COUNSEL FOR DEFENDANT