UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RICHARD C. HARDING**,  )<br>                                                 )<br>         Plaintiff,             )<br>                                                 )<br>v.                                              )<br>                                                 )<br>**JOSEPH T. KELLIHER,**   )<br>**CHAIRMAN**,                    )<br>**FEDERAL ENERGY REGULATORY** )<br>**COMMISSION,**                  )<br>                                                 )<br>                                                 )<br>         Defendant.          )<br>                                                 ) | Civil Action No.: 06-1627 (EGS) |

**DEFENDANT'S CONSENT MOTION TO RESCHEDULE THE INITIAL
SCHEDULING CONFERENCE**

Pursuant to LCvR 16.1(b) and this Court's Order for Initial Scheduling Conference, Defendant, through counsel, respectfully moves this Court to reschedule the initial scheduling conference in this matter. In support of this motion, Defendant states the following:

1. Plaintiff filed his Complaint in this Court on September 20, 2006. Defendant filed his answer on November 21, 2006.

2. On November 22, 2006, this Court scheduled an initial scheduling conference in this matter for February 1, 2007, at 10:30 a.m.

3. The undersigned counsel has recently inherited this matter. However, undersigned counsel is currently scheduled to attend her swearing-in ceremony at the United States Attorney's Office on the morning of February 1, 2007. The ceremony is scheduled to begin at 10 a.m.

4. Because the undersigned counsel believes that her ceremony will not be

concluded in time for her to attend the initial scheduling conference, she is requesting that the scheduling conference be rescheduled.

5.     Pursuant to LCvR 7(m), counsel for Defendant contacted Plaintiff's counsel who indicated that he consents to the relief sought herein.  The parties are available for the rescheduled initial scheduling conference to be held on any of the following dates: February 7, 8, or 9.


Dated:  January 23, 2007

                                                Respectfully submitted,

                                                   /s/ Jeffrey A. Taylor
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                   /s/ Rudolph Contreras
                                                RUDOLPH CONTRERAS, D.C. BAR #  434122
                                                Assistant United States Attorney

                                                   /s/ Michelle N. Johnson
                                                MICHELLE N. JOHNSON, D.C. BAR # 491910
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                Civil Division
                                                555 4th Street, N.W. – Room E4212
                                                Washington, D.C. 20530
                                                (202) 514-7139

                                                COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RICHARD C. HARDING**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1627 (EGS) |
| ) | |
| **JOSEPH T. KELLIHER,** ) | |
| **CHAIRMAN**, ) | |
| **FEDERAL ENERGY REGULATORY** ) | |
| **COMMISSION,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter having come before this Court on Defendant's Consent Motion to Reschedule the Initial Scheduling Conference, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that the initial scheduling conference in this matter shall be held on February ___, 2007, at _____ a.m./p.m.

**SO ORDERED** this ____ day of _____, 200__.

_____
EMMET G. SULLIVAN
United States District Court Judge